FILED by _____ D.C.
ELECTRONIC

**Nov. 17, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Joan-Marjorie: Porter, Injured Third Party Intervener
c/o 1671 NW 63 Ave
Sunrise[33313] Florida

district court for the United States

In Care of THE UNITED DISTRICT COURT

DISTRICT OF Florida

| | | |
|---|---|---|
| JOAN PORTER<br>Sramineus Homo, US Vessel | ) | Case # _____ |
| | ) | Within the Admiralty |
| Plaintiff | ) | **09-61847-Civ-Zloch/Rosenbaum** |
| | ) | |
| V. | ) | COMMERCIAL NOTICE OF |
| | ) | AMENDED PETITION AND |
| SOUTHEAST TOYOTA FINANCE, US Vessel | ) | COMPLAINT WITHIN THE |
| | ) | ADMIRALTY PURSUANT TO |
| | ) | RCP #3 AND #4 FOR |
| US Vessel and | ) | THE PETITION FOR AGREEMENT |
| DOES, ROES, and MOES 1 -100 et al | ) | AND HARMONY IN THE NATURE |
| Defendants | ) | OF A NOTICE OF INTERNATIONAL |
| | ) | COMMERCIAL CLAIM WITHIN THE |
| Joan-Marjorie: Porter, | ) | ADMIRALTY ADMINISTRATIVE |
| Lien Holder of the Vessel, the Real Party | ) | REMEDY AND LIBEL OF REVIEW |
| In Interest, Lawful People | ) | AND ENTRY OF THE CONCLUSIVE |
| Injured Third Party Intervener/Petitioner | ) | EVIDENCE FOR SETTLEMENT AND |
| /Libellant | ) | CLOSURE OF THE ESCROW BY |
| | ) | COMMERCIAL AFFIDAVIT/ |
| V. | ) | PLEADING IN FACT AND POINTS |
| | ) | AND AUTHORITIES AND |

SOUTHEAST TOYOTA FINANCE, US Vessel,    )    MEMORANDUM OF LAW

,US Vessel And    )

DOES, ROES, and MOES 1 -100 et al    )

      US VESSELS    )

INDIVIDUALLY AND SEVERALLY    )

Third Party Defendants/Libellees    )

    )


COMMERCIAL AFFIDAVIT IN FACT

FOR AND ON THE RECORD:


THE COURT TAKES JUDICIAL NOTICE WITHIN THE ADMIRALTY OF THE SUM

CERTAIN OF THE FACTS AND STATEMENTS HEREIN


#1. COMES NOW THE INJURED THIRD PARTY INTERVENOR/LIBELLANT By

Restricted Appearance pursuant to Special Procedures in Admiralty E (8) and at no time waives any protections within the Admiralty.

JURISDICTION

#2. This Court is an Admiralty Court and the injured third party petitioner/libellant, intervener sets this action and files this action with the Court Clerk "within the admiralty" pursuant to Special Procedures in Admiralty #Rule E(8), and is appearing in Restricted Appearance IN FACT and that;

#3. All Court Officers are not immune "within the Admiralty" and are accountable for their actions pursuant to The FOREIGN SOVEREIGN IMMUNITY ACT 28 U.S.C. § 1605. Any foreign sovereigns are liable for damages while doing business in the United States. This provision has application since the foreign sovereign – the judges, clerks, etc. – operate on the behalf of a defacto foreign fiction government. Officials are liable for the damages that they commit while doing business in the country IN FACT and that;

#4. This third party action is filed pursuant to 28 U.S.C. §1333 and/or §1337 IN FACT and that;

#5. This court is open for admiralty issues and in this instant action it is a debt obligation and insurable interests that are issues in admiralty IN FACT and that;

#6. This court is authorized in Admiralty ab initio 1789 see 5: Stat. 516, Chapter 188 §: 5 with enactment date August/23/1842 with the authority of the act of September/24/1789: Chapter 20 IN FACT and that;

#7. This action of the injured third party petitioner/libellant, intervener is protected pursuant to The Suits in Admiralty Act, 46

U.S.A. Codes, Appendix, Chapter 20 §§ 742-749 IN FACT and that;

#8. THE SUITS IN ADMIRALTY ACT is a law where the United States and its co-parties specifically waives its immunity in three situations: (1), If the Admiralty suit involves a vessel of the United States (Man's body is named in the action), (U.S. citizen Vessel) (Name in all upper case of the vessel) and (2), Cases that involve cargo belonging to the U.S. and its co-parties. Within the context of this instant action, when the cargo [the paperwork, or lawsuit] of the United States and its co-parties harms us, the United States gives us a blanket waiver of immunity, or (3), if the United States could be sued in the Admiralty if it were a private party, if we are going into an international jurisdiction, (a set aside, fenced territory) every time we go into the Court, we are entitled to sue the United States and its co-parties in the Admiralty as if it were a private party. The cargo is the docket file and the lawsuit and Clerks/Warrant Officers and Judges/Masters are not immune if the cargo is not directed into the Admiralty Court IN FACT and that;

#9. In this instant action all parties are U.S. VESSELS and fit the legal definition of a U.S. Vessel IN FACT and that;

#10. The Court Officers/ Master/ Mariners are liable if they mislead/mis-deliver this action into the wrong Court and the law provides for criminal penalties for compliance failures IN FACT and that;

#11. The Public Vessels Act is applied in this instant action and waives the Court Officer's Immunities pursuant to Title 46 U.S.C. Ch. 22 § 781 and The Bills of Lading Act, Title 49 U.S.C., Ch. 147 § 14709, Title 49 U.S.C. Chapter 801 § 80113 IN FACT and that;

#12. The cargo is shipped via the U.S. Postal Service and all parties are subject to the Postal Codes in this instant action IN FACT and that;

#13. The Bills of Lading Act includes a criminal penalty because the losses suffered by the customers of the shippers can be very great. I use a Bill of Lading/Petition/Complaint in all of my lawsuits. This presentment fits the criteria for a Bill of Lading, meeting all the facts enclosed in any Bill of Lading. The Bill of Lading describes the cargo (the lawsuit), and tells the Court Clerk to carry the suit into the Admiralty Jurisdiction of the Court. The Clerk is a PUBLIC VESSEL and the CARRIER, being a vessel of the United States and its co-parties. This Bill of Lading identifies the cargo as the lawsuit, by describing the suit's postal registry number, which is Registered Mail #RA600 636 059 US, which is placed on the front page, and by describing the paperwork as having an American flag on the front page of the paperwork.

#14. The Bill of Lading creates a liability for which the damaged party can recover in a suit if the documents are diverted into another venue. If a carrier is found wanting in due diligence concerning the delivery of the cargo, the liability attaches at the time of the diversion of the documents. The Bill of Lading therefore takes away the immunity of Clerks/Warrant Officers and Judges/Masters, if the cargo is not delivered into the Admiralty Court, and adds criminal penalties for compliance failures. Title 49 U.S.C., Ch. 801 § 80116 IN FACT and that;

#15. The Admiralty Extension Act, Title 46 U.S.A. Appendix, Ch 19-A § 740, extends the admiralty jurisdiction inland. All states by law have access to the sea. Therefore any land locked country has an easement, so to speak, across other countries in order to get to the sea. All states have an admiralty jurisdiction in all of their courts IN FACT and that;

RESTRICTIONS

#1. The Third Party Libellee/Defendants are estopped by the "DOCTRINES OF ESTOPPEL" by "AGREEMENT/CONTRACT" and by "ESTOPPEL BY ACQUIESCENCE".

The Third Party Libellees/Defendants are forever barred from arguing and controverting the issues of the "CONTRACT/CLAIMS" and are bound strictly in their prove up of their response by Affidavit, point for point, under their unlimited liability Commercial Oath and Verification, "within the Admiralty". Failure in confining their position and submissions, oral or written, before this court finds them in Commercial Trespass and Breach of their Contract. This AGREEMENT/ CONTRACT is protected pursuant to US Constitution, Article I Section 10, and the D.C. Codes in regarding "THE IMPAIRMENT OF CONTRACTS".

#2. The Third Party Libellees/Defendants have received Notice of Default, and therefore, should they make a hostile

presentment before this court, written or oral, are subject to the provisions of F.R.C.P. RULE 9(h), leading to the Supplements of the Rules of Admiralty, which provides for those who are found in Trespass after a Default are subject to a Certificate of Exigency, which is filed with the Clerk of the Court/Warrant Officer, for an immediate warrant for their arrest.

FACTS

#1. The injured third party petitioner/libellant, intervener exhausts the Administrative Remedies and serves the third party Libellees, et al. a Petition for Agreement and Harmony in the nature of a NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY File # 70072680000273235426 by Certified Mail on or before August 19, 2009, IN FACT and that;

#2. On or before August 31, 2009, a NOTICE OF FAULT – OPPORTUNITY TO CURE IS SERVED BY Mail upon the Libellees et al. IN FACT and that;

#3. On September 21, 2009, a NOTICE OF NON-RESPONSE is signed and sealed by a Court Officer Notary IN FACT and that;

#4. The October 7, 2009, IN FACT and that;

#5. The SECOND NOTICE FOR DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW-NOTICE OF FAULT-OPPORTUNITY TO CURE is served on October 7, 2009, IN FACT and that;

#6. The CONTRACTUAL AND FINAL NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW is served on October 21, 2009, IN FACT and that;

#7. The NOTICE OF NOTARIAL PROTEST is signed by the Notary and mailed by Registered Mail # RA 600 636 059 US on October 28, 2009 IN FACT and that;

#8. All parties failed to respond and answer and are in Collateral Estoppel, Tacit Procuration, Stare Decisis, Estoppel by Acquiescence and Res Judicata by Agreement and cannot proceed Administrative or Judicial without committing perjury and causing further injury to the third party libellant IN FACT and that;

#9. The third party libellees can not obtain a dismissal or summary judgment without sworn competent witness testimony and can not do so because they are estopped by their own actions and inactions and any attempts to appear are a hostile presentment before this Court and are further culpable IN FACT and that;

#10. There is no controversy from any party that stands, and this Court is mandated to enforce the Agreement/Contract and grant the relief as sought in the Accounting and True Bill, or they are found in violation of the impairment of contracts pursuant to Article 1, § 10 of the United States Constitution and the D.C. Codes IN FACT and that;

#11. If the court attempts to dismiss the injured third party petitioner/libellant, intervener's claim, it is a VOID JUDGMENT pursuant to FRCP 60 (b)(4) STATEMENTS OF COUNCIL IN BRIEF OR IN ARGUMENT ARE NOT SUFFICIENT FOR A MOTION TO DISMISS OR FOR SUMMARY JUDGMENT Trinsey V. Pagliaro D.C. Pa (1964), 229 F. Supp 647 for lack of subject matter jurisdiction and judicial misconduct and Scienter Criminal Act without immunity IN FACT and that;

#12. Any attempts by anyone to trespass the injured third party petitioner/libellant, intervenor's claim Agreement/Contract is committing Criminal Barratry and Piracy on the high seas of Admiralty law IN FACT and that;

#13. The injured third party petitioner/libellant, intervenor holds a priority commercial claim against the debtor named SOUTHEAST TOYOTA FINANCE, Stramineus Homo, A U.S. Vessel by legal definition, and no one has an insurable interest other than the injured third party petitioner/libellant, intervenor IN FACT and that;

#14. Because case # AB12012004 is filed on parties within an insolvent state and nation there is an insurance interest issue in this instant action and that Unknown dba STATE FARM BANK, US VESSEL has insured this case and/or bonded under his errors and Omissions Insurance policy; he is found in insurance fraud, mail fraud, wire fraud, and conspiracy to commit such, and undue enrichment, fraud, and numerous other Scienter Acts, including, but not limited to, Continuous Torts IN FACT and

that;

#15. The risk management for  is under notice that there is continuous irreparable harm and damage to the injured third party petitioner/libellant, intervenor and the bonds and insurance in this instant action belong to the injured third party petitioner/libellant, intervenor, and the substitute plaintiff trustee/third party co-Libellee STATE FARM BANK, US VESSEL is the obligated party and does surrender his Public Hazard Bond and risk management of the  by taking such risks in promulgating this instant action in bad faith and fraud and causing an injury in the Public IN FACT and that;

#16. The Third Party Intervenor/Libellant is the Holder in Due Course of the US Vessel and its Trade Name by security agreement and a UCC 1 Financing Statement #2009-2317057-27 filed with the Secretary of State of Kentucky.

#17. The court takes JUDICIAL NOTICE that the conclusive evidence is entered into evidence before the court attached to this pleading as though fully incorporated thereof and is found under the heading PETITION FOR AGREEMENT AND HARMONY IN THE NATURE OF A NOTICattached to this pleading and is found under the heading UCC-1 FINANCING STATEMENT #2009-2317057-27 which is conclusive evidence that the Injured Third Party Intervenor/Libellant is the superior lien holder of the US VESSEL and TRADE NAME registered as JOAN M. PORTER IN E OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY IN FACT and that;

#18. The court takes JUDICIAL NOTICE that the conclusive evidence is entered into evidence before the court FACT.

STATEMENTS AND INQUIRES

1. Libellee(s) admits Libellant is not one and the same as any Artificial Legal Fiction entity 14th Amendment  person, individual commercial strawman, co-party organization and trust created by the State or Federal government.

ANSWER: [Admits/Acknowledge if no answer is provided]

THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE

2. Libellee(s) admits Libellant is an injured party in this matter and not one in the same as any defendant in any action in any State or Federal case.

ANSWER: [Admits/Acknowledge if no answer is provided]

THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE

3. Libellee(s) admits Libellant is not a beneficiary surety liable party and business partner for any legal fiction entity or number created by any corporation or the federal government, and has never knowingly, willingly, and for certain and fair consideration, ever entered into any contract that would controvert Libellant's claim on non-surety status.

ANSWER: [Admits/Acknowledge if no answer is provided]

THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE

4. Libellee(s) admits Libellant has a non-privity relationship with all legal fiction entities.

ANSWER: [Admits/Acknowledge if no answer is provided]

THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE

5. Libellee(s) admits Keith-Desmond: Porter has not failed to state a claim upon which relief can be granted as evidenced on the commercial registry at the Kentucky Secretary of State in the form of UCC 1 and its amendments.

ANSWER: [Admits/Acknowledge if no answer is provided]

THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE

6. Libellee(s) admits Libellant is an agent for JOAN PORTER, not a trustee or liable party.

ANSWER: [Admits/Acknowledge if no answer is provided]

THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE

7. Libellee(s) admits they have never disclosed that fines and penalties are based on his voluntary act to contract and agree that all such contracts are void due to their hidden nature and lack of disclosure.

ANSWER: [Admits/Acknowledge if no answer is provided]

THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE

8. Libellee(s) admits  its Officers and Co-parties are committing SCIENTER ACTS (omitting knowledge) in Bad Faith, Fraud Conspiracy, Undue Enrichment,   Aiding and Abetting, Willful and Wanton, Irreparable Harm, with Malice and Forethought, Conversion, Commercial War, Commercial Credit Slander and continuous torts.

ANSWER: [Admits/Acknowledge if no answer is provided]

THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE

9. Libellee(s) admits any immunities, whether Absolute or Limited are not protective in their acts of Bad Faith against JOAN PORTER and that Am Jur 2nd, Volume 17 (A) Clause #298 applies.

ANSWER: [Admits/Acknowledge if no answer is provided]

THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE

10. Libellee(s) admits any Collateral Attack on this AGREEMENT/CONTRACT is in Bad Faith and attempts to violate U.S. Constitution Article I, Section 10, "THE IMPAIRMENT OF CONTRACTS" and the D.C. Codes.

ANSWER: [Admits/Acknowledge if no answer is provided]

THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE

11. Libellee(s) admits  has never disclosed the nature and cause  and conditions of the contracts in commerce that were executed on the Libellant.

ANSWER: [Admits/Acknowledge if no answer is provided]

THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE

12. Libellee(s) admits injuring Libellant by willfulness, by error, by intent to mislead, by omission, by  confusion, by hidden contracts, by solicitation, by creating revenue, by conversion, and by fraud.

ANSWER: [Admits/Acknowledge if no answer is provided]

THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE

13. Libellee(s) admits the Libellant notices  and its co-partners and the Public that by mistake Libellant has moved in good faith to comprehend and remedy a mistake caused by his misplaced trust and inability to comprehend the motives of those attempting to contract with JOAN PORTER or Joan-Marjorie: Porter

ANSWER: [Admits/Acknowledge if no answer is provided]

THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE

14. Libellee(s) admits all contracts and agreements and presentments by any and all Government Agent(s),

Employees of Government, and Court Officers are expressly induced by Fraud, Coercion, and Extortion upon the Libellant and non-disclosure contracts.

ANSWER: [Admits/Acknowledge if no answer is provided]

THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE

15. Libellee(s) admits Libellee, , Officers have created unsupported commercial documents that were relied upon by third parties to deprive Libellant of property.

ANSWER: [Admits/Acknowledge if no answer is provided]

THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE

16. Libellee(s) admits no "ANSWER" by legal definition can be provided in any instance neither in part or in whole and that they are found out and have no excuse and no affirmative defense for their Criminal Acts.

ANSWER: [Admits/Acknowledge if no answer is provided]

THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE

17. Libellee(s) admits Libellee,  Officers have used fictitious names on commercial documents to deprive the Libellant of property.

ANSWER: [Admits/Acknowledge if no answer is provided]

THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE

18. Libellee(s) admits Libellant has no remedy other than contractual and the elements of mistake, non-jurisdiction and acceptance for value.

ANSWER: [Admits/Acknowledge if no answer is provided]

THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE

19. Libellee(s) admits Libellee,  Officers have made false and fraudulent entries into specially coded files such as Customer Transaction Account and that these files are coded for the purpose of preventing the public and Libellant access to their content so that courts of fiction may rely upon as these files as undisputed evidence.

ANSWER: [Admits/Acknowledge if no answer is provided]

THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE

20. Libellee(s) admits,  Officers have never made a verified claim or signed an Assessment of Claim under penalty of perjury, true, correct, complete and not misleading re JOAN PORTER

ANSWER: [Admits/Acknowledge if no answer is provided]

THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE

21. Libellee(s) admits that, is a fiction and Libellant is a visitor in a court of fiction. Libellant is an actual being of the Creator and is of likeness of character, his law and truth proceeds from the Holy Scriptures which are truth and not inferior to the world of corrupted fiction which has no righteousness in it and is manipulated by those claiming immunity for their acts of confusion, fraud, Scienter Acts and continuous torts

.ANSWER: [Admits/Acknowledge if no answer is provided]

THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE

22. Libellee(s) admits that if the Libellee(s), it's co-parties and officers discover any errors or omissions, legal or otherwise, in or related to this instrument, said agents, officers and co-parties are required to notice the Libellant at the address of the Notary Acceptor only with a point by point description of any such errors and omissions within ten (10) days of receiving this Notice by Certified Mail or forever admit the lawful execution of this Notice as a matter of the public record.

ANSWER: [Admits/Acknowledge if no answer is provided]

THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE

23. Libellee(s) admits that if a request for additional time to respond is needed, such request must be received by the Libellant at the address provided only within the ten (10) days allotted or be forever barred from contest under the doctrine or maxim of Collateral Estoppel. 5 USC §706

ANSWER: [Admits/Acknowledge if no answer is provided]

THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE

24 Libellee(s) admits it is mandatory to place themselves under unlimited liability commercial oath to secure integrity in their responses.

ANSWER: [Admits/Acknowledge if no answer is provided]

THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE

25. Libellee(s) admits the harm created by their Criminal Acts and Acknowledge that the Sum Certain in the True Bill is correct as presented and is to be paid to the Libellant.

ANSWER: [Admits/Acknowledge if no answer is provided]

THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE

26. Libellee(s) admits that any stall and delay created by them is conversion of the Sum Certain in the Accounting and True Bill of this Commercial Instrument and the Cleopatra Haslip v. Pacific Mutual Life Insurance Supreme Court standard of four (4) Compensatory and two hundred (200) times Punitive Damages shall prevail contractually.

ANSWER: [Admits/Acknowledge if no answer is provided]

THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE

27. Libellee(s) admits and agrees that the Accounting and True Bill is true, correct complete and certain following the perfection of this Commercial Instrument.

 ANSWER: [Admits/Acknowledge if no answer is provided]

THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE

28. Libellee(s) admits that if and when they answer this Statement and Inquires, your answer will only be valid with your SSN # attached since Libellant is providing the JOAN PORTER SSN # 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

ANSWER: [Admits/Acknowledge if no answer is provided]

THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE

ACCOUNTING AND TRUE BILL

Libellant is entitled to return of all funds and value of goods paid by JOAN PORTER for the years 2009 where an Libellant paid monthly payments, plus all late fees and interest fraudulently charged, and $375.00 per hour for all time spent on all letters to  personnel and "Acceptance for Value" paperwork through October 30, 2009

COMPUTED AS FOLLOWS

| | |
|---|---|
| $ 22,773.53 | Actual Damage |
| $ 95,049.12 | Punitive Damages |
| | |
| $ 19,018,824.00 | Compensatory Damages |
| $ 15,000.00 | Time Spent |
| $ 19,121,918.12 | Total Sum Certain |

Refund due JOAN PORTER. for year 2009
Funds fraudulently levied

$375.00/hour for time spent on documents
 presented by Libellees plus postage

Sum Certain of Actual Cost Funds


CONVERSION FOR UNAUTHORIZED ACTS AGAINST SECURED PROPERTY

COMPUTED AS FOLLOWS

$19,121,918.12
 Sum Certain of Actual Cost Funds
Rights Violations Compensation Multiplier

Compensatory Damages

Sum Certain of Actual Cost Funds

Punitive Compensation Multiplier

Punitive Damages

Compensatory Damages

Punitive Damages

$ 19,121,918.12    Total Damages for Conversion

SUM CERTAIN FOR CONVERSION

$ 19,121,918.12    as of October 30, 2009

NINTEEN MILLION ONE HUNDRED TWENTY ONE THOUSAND NINE HUNDRED EIGHTEEN DOLLARS AND
TWELVE CENTS

CONCLUSION

1. That the Injured Third Party Intervenor/Libellant is demonstrating to this court that he holds in due course the conclusive
evidence perfected in Administrative Law that without a doubt or reservation he is the holder in due course of the
CLAIM/AGREEMENT/CONTRACT and holds the BOND pursuant to the Uniform Commercial Code IN FACT and that;

2. The Third Party Defendants/Libellees are failing to state a claim by which relief can be granted pursuant to FRCP 12 (b)
(6) IN FACT and that;

3. Failure of this court to enter and execute JUDGMENT BY ESTOPPEL in favor of Injured Third Party Intervenor/Libellant
is denial of due process and equal access to justice and creates another injury in the public and enlarges the SUM CERTAIN
4 times compensatory and 200 times punitive  IN FACT.

RELIEF SOUGHT

        1. That the AGREEMENT/CONTRACT be enforced as the third party/defendants/libellees are in trespass and
violation of the AGREEMENT/CONTRACT and are failing to state a claim upon which relief can be granted.

2.   That the court expunge the files of all actions in court or other actions of at the Seminole  County Recorder and/or the
Florida Secretary of State of JOAN PORTER, US VESSEL.

3. That the court order a Data Integrity Board and Comptroller of the Currency Investigation pursuant to 5 U.S.C. 552(a)(d)
for this instant action.

4. That the Court Clerk/Warrant Officer enforce any Certificates of Exigency for any and all hostile presentments appearing
in this court, written or oral, after the default found in the Administrative Law Process, is a Criminal Act, and a Certificate of
Exigency will be filed with the warrant officer/court clerk, which mandates a warrant of arrest for all parties now found in
criminal acts according to the provisions "within the admiralty."

5.  Any other relief deemed appropriate by this Court.

And further Affiant Sayeth Naught

By _____    , affiant

Joan-Marjorie: Porter

COMMERCIAL OATH AND VERIFICATION

Broward  County                              )

                                             )   Commercial Oath and Verification

The State of Florida                         )

Libellant, Joan-Marjorie: Porter, under his Commercial Oath with unlimited liability proceeding in good faith, being of sound
mind states that the facts contained herein are true, correct, complete and certain. I speak the truth, the whole truth and
nothing but the truth so help me God.

*Joan-Marjorie: Porter* (signature)

Joan-Marjorie: Porter, Creditor Libellant/Affiant

The State of Florida          )

                              )          ss

Broward County               )

Subscribed before me, _Gary A. Gordon_ a Notary Public, this _17_ day

of _Nov_____, 2009

(signature)

Notary

> **GARY A. GORDON**
> Notary Public - State of Florida
> My Comm. Expires Apr 19, 2013
> Commission # DD 860906
> Bonded Through National Notary Assn.

## CERTIFICATE OF MAILING

I certify that a True and Correct Copy of the afore document is served upon the following parties by pre-paid

First Class US Mail this _17_ th day of _Nov_ 2004.9

Libellee:      SOUTHEAST TOTOTA FINANCE et al,  MAIL CARRIER
               PO BOX 991817
               MOBILE, AL 36691-8817


               STATE FARM BANK   FINANCIAL CORPORATION

               EQUIFAX               CORPORATION

               ESPERIAN              CORPORATION

               TRANSUNION            CORPORATION


In care of:    SOUTHEAST TOTOTA FINANCE (Legal Department), Mail Carrier,

Libellee is additionally subject to postal statutes  and the jurisdiction of the Universal Postal Union

*Joan-Marjorie: Porter* (signature)   Third Party Intervenor/Libellant

Joan-Marjorie: Porter

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as requ[...] by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Co[...] the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Case[...]**

ELECTRONIC
**Nov. 17, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## I. (a) PLAINTIFFS
JOAN PORTER

**(b)** County of Residence of First Listed Plaintiff _BROWARD_
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
C/O 1671 NW 62 AVE
SUNRISE, FLORIDA 33313

## DEFENDANTS
SOUTHEAST TOYOTA FINANCE

County of Residence of First Listed Defendant _MOBILE_
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT
LAND INVOLVED.

Attorneys (If Known)
09-61847 Zloch/Rosenbaum

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☒ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt. Reporting | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. Security | ☐ 871 IRS—Third Party | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Act | 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | | ☐ 900 Appeal of Fee Determination |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien | | ☐ 950 Constitutionality of State |
| | ☐ 446 Amer. w/Disabilities | ☐ 555 Prison Condition | Detainee | | Statutes |
| | Other | | ☐ 465 Other Immigration | | |
| | ☒ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ☒ NO   b) Related Cases ☐ YES ☒ NO
JUDGE _____   DOCKET NUMBER _____

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
USC 1333 AND OR 1337
LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
Joan-MARJORIE PORTER UCC1-207, 1-308
DATE 11/17/09

FOR OFFICE USE ONLY
AMOUNT _____   RECEIPT # 548100   IFP _____