**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 09-61847-CIV-ZLOCH/ROSENBAUM**

JOAN PORTER,

      Plaintiff,

v.

SOUTHEAST TOYOTA FINANCE,
AND DOES, ROES, MOES 1-100, ET AL.,

      Defendants.

                                 /

## ORDER

      This matter comes before the Court upon Defendant Southeast Toyota Finance's Motion to Quash for Improper Service of Process [D.E. 4] and Plaintiff Joan Porter['s] Motion to Quash Defen[d]ants['] Motion for Improper Service of Process [D.E. 6], upon referral to me for a report and recommendation [D.E. 7]. In its Motion, Defendant Southeast Toyota Finance ("Toyota") seeks to quash service of process of the Complaint on Toyota for allegedly improper service. *See* D.E. 4. More specifically, Toyota avers that Porter merely mailed her Complaint in this action to Toyota at a Post Office box address in Alabama – service that Toyota argues fails to meet the minimal standards of the Federal Rules of Civil Procedure. *See id.* In response, Porter, proceeding *pro se*, filed her own Motion, which effectively asks the Court to deny Toyota's Motion. *See* D.E. 6. In apparent contradiction of Toyota's assertions that Porter's attempted service of her Complaint on Toyota consisted solely of mailing the Complaint to Toyota at the Alabama Post Office box address, Porter indicates that the Complaint was "properly served by FUQUA Process Service, Inc." *Id.* at

1.  A review of the docket sheet in this case reflects an affidavit executed by James Fuqua that purports to contain "proof of service" of the Complaint on Doyle Holden of Toyota. *See* D.E. 5 at 2. The affidavit further represents that Holden is "designated by law to accept service of process on behalf of [Toyota]." *Id.*

Based on the record before the Court, a factual controversy surrounding purported service of the Complaint appears to exist. The Court lacks sufficient information to determine what actually occurred. Consequently, it is hereby **ORDERED and ADJUDGED** that an evidentiary hearing limited solely to the issue of how Plaintiff attempted to make service on Toyota shall be held on **Friday, January 22, 2010,** at the United States Courthouse, 299 E. Broward Blvd., Room 310-A, Fort Lauderdale, Florida. Plaintiff shall be prepared to present evidence concerning the manner in which she attempted to make service, and Defendant shall be prepared to present evidence regarding the circumstances surrounding any and all receipts of purported service of the Complaint in this case.

**DONE AND ORDERED** this 14th day of January, 2010.

 

_____

ROBIN S. ROSENBAUM
UNITED STATES MAGISTRATE JUDGE

cc:     Hon. William J. Zloch

        Counsel of Record

        Joan-Marjorie Porter, *pro se* (by certified U.S. Mail)
        c/o 1671 N.W. 63rd Ave.
        Sunrise, Florida 33313